# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER D. BANKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-408-D |
| GEO GROUP INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 8], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

**IT IS SO ORDERED** this 5th day of August, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge